UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KOBI L. MOWATT**,<br><br>*Defendant.* | Case No. 95-cr-46 (RCL) |

## ORDER

On March 30, 2021, the Court received defendant Kobi L. Mowatt's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which was mailed to the Court.[1] By separate Order today, the Court directed the Clerk of Court to file defendant's motion on the docket in this matter. Because defendant did not provide any proof that he has exhausted his administrative remedies, as he must under 18 U.S.C. § 3582(c)(1)(A), the Court hereby **DENIES** defendant's motion **WITHOUT PREJUDICE**.

It is **SO ORDERED**.

Date: March 30, 2021

Hon. Royce C. Lamberth
United States District Judge

---

[1] The Court notes that although defendant indicates that the motion is accompanied by three attachments (Attachments A, B, and C), there is no "Attachment C" attached to the motion.